UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXECUTOR OF TINA MARIE PUFFER (ESTATE),**

Plaintiff,

v. **No. 4:26-cv-00887-P**

**TARRANT COUNTY MUNICIPAL CORPORATION, ET AL.,**

Defendants.

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 13. The Magistrate Judge's FCR recommends that the Court deny Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12) for two reasons. *First*, the Magistrate Judge found that Plaintiff's request to enjoin a status conference in a state criminal case set for September 3, 2026 has become moot.[1] ECF No. 13 at 2. *Second*, the Magistrate Judge found that Plaintiff has shown no likelihood of success on the merits—a threshold requirement for obtaining a temporary restraining order or preliminary injunction—because the Motion "makes no legally cognizable argument for relief." ECF No. 13 at 3.

No party filed objections to the FCR, and the Magistrate Judge's Recommendation is now ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the

[1] Although not necessary for decision here, the Court shares the Magistrate Judge's concern that this Court lacks subject matter jurisdiction under the *Younger* abstention doctrine. ECF No. 13 at 3 n.3.

Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **DENIES** Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12) both as moot and for showing no likelihood of success on the merits.

**SO ORDERED** on this **23rd day** of **September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE