**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **EXECUTOR OF TINA MARIE PUFFER (ESTATE),** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-CV-887-P** |
| | § | |
| **TARRANT COUNTY MUNICIPAL CORPORATION, ET AL.,** | § | |
| **Defendants.** | § | |

**ORDER RECOMMENDING DISMISSAL**
**AND RETURNING CASE TO DISTRICT JUDGE**

On July 17, 2026, *pro se* Plaintiff "Executor of Tina Marie Puffer (estate)" ("Plaintiff") filed a Complaint and Request for Injunction ("Complaint") [doc. 1] in the above-styled and numbered case. After reviewing Plaintiff's Complaint, the Court entered an Order Directing Plaintiff to File a Form Amended Complaint ("Order to File Amended Complaint") [doc. 14] in which it directed Plaintiff to file an Amended Complaint no later than September 29, 2026.[1] In this order, the Court advised Plaintiff that "**[f]ailure to timely file an amended complaint may result in the dismissal of this case without prejudice for lack of prosecution without further notice**." (Order to File Amended Complaint at 4 (emphasis in original).)

As of the date of this order, Plaintiff has wholly failed to comply with the Court's Order to File Amended Complaint. Consequently, the Court **RECOMMENDS** that the above-styled and numbered case be **DISMISSED** for failing to comply with the Court's order.

---

[1] In this order, the Court noted that Tina Marie Puffer is still alive, so there can be no estate yet, and that there were additional discrepancies as to who, exactly, was filing as the plaintiff in this case. (Order to File Amended Complaint at 2–3.)

**NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

**ORDER**

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until October 21, 2026,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions, and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED October 7, 2026.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE