UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**EXECUTOR OF TINA MARIE PUFFER (ESTATE),**

Plaintiff,

v. **No. 4:26-cv-00887-P**

**TARRANT COUNTY MUNICIPAL CORPORATION, ET AL.,**

Defendants.

**ORDER**

On October 7, 2026, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 17. The Magistrate Judge recommended that the above-captioned case be dismissed for failure to comply with the Court's order to file an amended complaint. ECF No. 17 at 1.

No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED** for failure to comply with the Court's order.

**SO ORDERED** on this **22nd day** of **October 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE